UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID W. WISHARD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-382 |
| | § | |
| CAROLYN W COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING DEFENDANT'S BRIEF

This is a Social Security disability action where Plaintiff seeks review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for disability benefits. On February 22, 2017, the Commissioner filed an Answer and an electronic copy of the transcript of the administrative proceedings. (D.E. 14, 15). The undersigned entered a briefing schedule on February 22, 2017. Pursuant to the undersigned's briefing schedule (D.E. 16), it was ordered that all citations to the record shall be according to the Court's docket entries (i.e. D.E. 12-2, Page 34) instead of to the administrative transcript page number. Plaintiff's original brief did not comply with this order and was struck. (D.E. 22). On May 21, 2017, Plaintiff filed a corrected brief. (D.E. 23). On April 26, 2017, the undersigned entered an amended briefing schedule, again ordering all citations to the record be according to the Court's docket entries. (D.E. 18).

Defendant has now filed a response which does not comply with the undersigned's orders as it cites only to the administrative transcript page number or to sections of Plaintiff's brief. Citation to the Court's electronic docket entries assists the undersigned, reviewing courts, the parties, and the public in efficiently and accurately identifying the information cited by the parties in their respective briefs. The administrative record and Plaintiff's corrected brief have been published on the Court's electronic docket since February 22, 2017 and May 21, 2017, respectively. It is therefore,

ORDERED that Defendant's Response (D.E. 24) is struck. It is further,

ORDERED that Defendant shall file a single corrected response on or before **July 27, 2017**.

ORDERED this 11th day of July, 2017.

Jason B. Libby
United States Magistrate Judge