UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID W. WISHARD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-382 |
| | § | |
| CAROLYN W COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On September 25, 2017, United States Magistrate Judge Jason B. Libby signed a Memorandum and Recommendation recommending that Plaintiff's Motion for Summary Judgment be denied, the Commissioner's determination be affirmed, and Plaintiff's cause of action be dismissed. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Plaintiff's Motion for Summary Judgment is denied, the Commissioner's determination is affirmed, and Plaintiff's cause of action is dismissed.

SIGNED and ORDERED this 12th day of October, 2017.

_____
Janis Graham Jack
Senior United States District Judge